**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-7343**

MICHAEL MCNEILL,

                Plaintiff - Appellant,

        v.

OFFICER 1ST MR. GERMANY; UNIT MANAGER MR. WALL,

                Defendants - Appellees.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Graham C. Mullen, Senior District Judge.  (3:08-cv-00498-GCM)

Submitted:  October 15, 2009          Decided:  October 22, 2009

Before SHEDD, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Michael McNeill, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael McNeill appeals the district court's order denying as moot his motion for summary judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. McNeill v. Germany, No. 3:08-cv-00498-GCM (W.D.N.C. July 14, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED